IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KARA LEE FORD**                                                                                **PLAINTIFF**

**v.**                        **CASE NO. 4:17-CV-00830 BSM**

**THE ALOTIAN CLUB, INC., and**
**THE ALOTIAN CLUB LLC**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of February 2019.

                                                                           _____
                                                                       UNITED STATES DISTRICT JUDGE